IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 17-CR-2015-LRR |
| vs. | ) |
| DAVID QUINNDALE WRIGHT, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, an Information was filed on March 21, 2017, charging defendant with a violation of 18 U.S.C. § 922(g)3), being an unlawful user of marijuana in possession of a firearm, with a forfeiture allegation included seeking the forfeiture of a .357 Smith and Wesson revolver;

AND WHEREAS, on March 31, 2017, the Honorable C.J. Williams, Chief Magistrate Judge for the Northern District of Iowa, entered a Report and Recommendation concerning the defendant's guilty plea entered on March 30, 2017, to Count 1 of the Information (Document #8);

AND WHEREAS, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, Judge Williams found that the government had established the requisite nexus between the property subject to forfeiture, the firearm, and the offense as charged in Count 1 of the March 21, 2017, Information, a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3);

1

AND WHEREAS, on April 17, 2017, the Court accepted Judge Williams' Report and Recommendation of March 31, 2017 (Document #10);

AND WHEREAS, pursuant to the April 17, 2017, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture on April 20, 2017, pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of Judge Williams' Report and Recommendation, including his finding of the requisite nexus between the firearm, and the offense (Document #11);

AND WHEREAS, on April 20, 2017, this Court entered a Preliminary Order of Forfeiture (filed April 21, 2017), pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on March 30, 2017, in which the Court ordered the forfeiture of any interest defendant had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the March 21, 2017, Information (Document #12);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning April 27, 2017, and continuing through May 26, 2017, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Document #13);

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture;

AND WHEREAS, defendant David Quinndale Wright was sentenced on September 20, 2017, forfeiture having been orally pronounced, and said judgment having been filed on September 20, 2017; (Document #25);

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property seized from David Quinndale Wright who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Smith and Wesson .357 revolver, bearing serial #4K25880, seized from defendant on or about November 30, 2016, in Dunkerton, Iowa.**

3. That the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or Federal Bureau of Investigation, is hereby authorized to dispose of the firearm identified in paragraph 2 above, as well as any ammunition, if seized.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DATED** this 1st day of October, 2017.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA